LINK:  1

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES - GENERAL

| Case No. | CV 08-4070 GAF (FMOx) | Date | July 17, 2008 |
|---|---|---|---|
| Title | Eskenazi v. Goff, et al. | | |

| Present: The Honorable | **GARY ALLEN FEESS** | | |
|---|---|---|---|
| Michele Murray | None | | N/A |
| Deputy Clerk | Court Reporter / Recorder | | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: | |
| None | | None | |

**Proceedings:**        **(In Chambers)**

### ORDER TO SHOW CAUSE RE: REMOVAL AND ORDER TAKING DEFENDANTS' MOTION TO DISMISS OFF CALENDAR

On February 25, 2008, Plaintiff filed a breach of contract and fraud action against several Defendants arising out Defendants' alleged failure to pay Plaintiff money due to him from the purchase of a medical business.  Defendant James Goff was personally served with the Complaint on May 21, 2008 and Defendant Susan Haralson was served, by substitute service, that same day.  (Not. of Removal ¶¶ 3, 4; id., Exs. 6, 7 [Proofs of Service].)  On June 19, 2008, Defendants Goff and Haralson ("Removing Defendants") timely removed the action to this Court on alleged diversity grounds.  The present allegations in the notice of removal, however, are insufficient to invoke the Court's jurisdiction.

The Notice of Removal only alleges that Plaintiff is a resident of California and that Defendants Goff, Haralson, Householder, and Bazzazadagen are residents of Missouri.  (Not. of Removal ¶ 5(a)-(e).)  "Hence," Removing Defendants argue, "there is complete diversity of citizenship between all plaintiffs and all defendants."  (Not. of Removal ¶ 5(f).)  Removing Defendants, however, are mistaken – residency and citizenship are two different inquiries.  Diversity requires allegations as to the *citizenship* of all parties.  Kanter v. Warner-Lambert Co., 265 F.3d 853, 857 (9th Cir. 2001) (residence and citizenship are not synonymous for diversity purposes).  Accordingly, Removing Defendants are **ORDERED TO SHOW CAUSE** by the close of business on **Friday, August 22, 2008** why this action should not be dismissed for lack of subject matter jurisdiction.  Submission of an amended Notice of Removal addressing the

**LINK:  1**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 08-4070 GAF (FMOx) | Date | July 17, 2008 |
|---|---|---|---|
| Title | Eskenazi v. Goff, et al. | | |

above deficiencies will satisfy this Order.

     The Court, moreover, has received Removing Defendants' motion to dismiss (Docket No. 3), which they scheduled for hearing on Monday, July 28, 2008.  As the Court is not presently convinced it has subject matter jurisdiction over this action, the Court hereby takes Removing Defendants' motion to dismiss **UNDER SUBMISSION** for review after the jurisdictional issue is resolved.  However, Removing Defendants' reply brief, if any, is still due by the close of business on **Monday, July 21, 2008**.

     IT IS SO ORDERED.